THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CALEB
W. MITCHELL, Respondent.

142a 639
164 58

(Argued March 19, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the third judicial department, entered upon
an order made December 8, 1892, which reversed a judgment
of the Court of Sessions of Saratoga county entered upon a
verdict convicting the defendant of keeping a gambling house
in violation of section 343 of the Penal Code.

The following is the *mem.* of opinion in full:

" The defendant was charged with keeping a gambling house
and was found guilty by the jury and sentenced to pay a fine
of $500. Upon appeal from the judgment of conviction, it
was reversed on the facts by the General Term and the dis-
charge of the prisoner ordered. The People then appealed
to this court. The appeal, however, should be dismissed.
The power to review the facts ended with the action of the
General Term and they have exercised it by ordering a reversal
of the conviction; placing their order expressly upon the facts
and not upon the law. The appeal presents no exception and
this court, sitting only for the correction of errors of law, is
not required further to review the questions of fact.

" The appeal should be dismissed."

*T. F. Hamilton* for appellant.

*J. S. L'Amoreaux* for respondent.

GRAY, J., reads *mem.* for dismissal of appeal.
All concur.
Appeal dismissed.